# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 68
:
APPOINTMENT TO THE : CLIENT SECURITY APPOINTMENT
PENNSYLVANIA LAWYERS FUND : DOCKET
FOR CLIENT SECURITY BOARD :
:

## ORDER

**PER CURIAM**:

    **AND NOW**, this 28th day of February, 2018, Barbara E. Griffin, Esquire, Allegheny County, is hereby appointed as a member of the Pennsylvania Lawyers Fund for Client Security Board for a term of three years, commencing April 1, 2018.